JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IAN J. WHITSON, | Case No. EDCV 24-01922 ODW (RAO) |
| Petitioner, | |
| v. | JUDGMENT |
| P. HORN, Warden, | |
| Respondent. | |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: September 27, 2024

_____
OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE